THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MADELEINE CANDELARIO DEL MORAL,<br><br>    Plaintiff,<br><br>         v.<br><br>UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO,<br><br>    Defendant. | CIVIL NO.  08-1833 (PAD) |

ERRATA SHEET

The Opinion and Order issued on March 31, 2016, at Docket No. 365, is amended *nunc pro tunc*, as follows:

On page 7, replace "January 2019 Judgment" with "January 2010 Judgment."

On page 12, replace "amount" with "among."

On page 47, replace "UBA Bank" with "UBS Bank."

On page 48, replace "fess" with "fees."

The amended Opinion and Order is attached.