# UNITED STATES DISTRICT COURT

## FOR THE DISTRCIT OF PUERTO RICO

**MADELEINE CANDELARIO DEL MORAL**

**Plaintiff**

**v**

**UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO**

**Defendant**

**Civil Case: 08-1833 (PAD)**

# Plaintiff's Exhibit List

| Presiding Judge<br>**PEDRO A. DELGADO-HERNANDEZ** | | | Plaintiff's Attorney(s)<br>**Judith Berkan**<br>**Mary Jo Méndez** | Defendant's Attorney(s)<br>**Enrique G. Figueroa-Llinas**<br>**Guillermo Bobonis**<br>**Christopher N. Manning**<br>**Tracey A. Fung** |
|---|---|---|---|---|
| Non Jury Trial From<br>12/4/2014 | Court Reporter<br>**Pamela Andasola** | | Courtroom Deputy<br>**Carmen Tacoronte** | |
| **PLAINTIFF'S DOCUMENT NUMBER** | **DATE OFFERED** | **MARKED AS** | **DATE ADMITTED AS AN EXHIBIT** | **DESCRIPTION OF EXHIBITS** |
| **1** | 12/4/2014 | Exh | 12/4/2014 | **UBS Compliance Manual** |
| **2** | 12/4/2014 | Exh | 12/4/2014 | **UBS subpoena procedures** |
| **3** | 12/4/2014 | Exh | 12/4/2014 | **Job description - Colón - Associate Div Control Officer** |
| **4** | 12/4/2014 | Exh | 12/4/2014 | **Job description - Colón - Div Control Officer** |
| **5** | 12/4/2014 | Exh | 12/4/2014 | **Efrón loan and investment account statements; Oct. 2006 to September, 2007** |
| **6** | 12/4/2014 | Exh | 12/4/2014 | **Credit line agreement Efrón** |
| **7** | 12/4/2014 | Exh | 12/4/2014 | **Judgment of Court of Appeals, Feb. 16,** |

***Include a notation as to the location of any exhibit not held with the case file or not available because of size.**

| | | | | |
|---|---|---|---|---|
| | | | | **2006** |
| **8** | 12/4/2014 | Exh | 12/4/2014 | **Writ of Execution of Judgment** |
| **9** | 12/4/2014 | Exh | 12/4/2014 | **Order for Execution of Judgment** |
| **10** | 12/4/2014 | Exh | 12/4/2014 | **Finding of Assets** |
| **11** | 12/4/2014 | Exh | 12/4/2014 | **UBS email and fax exchanges October. 2006** |
| **12** | 12/4/2014 | Exh | 12/4/2014 | **UBS email and fax exchanges November, 2006** |
| **13** | 12/4/2014 | Exh | 12/4/2014 | **Memo to file, Colón, October 26, 2006** |
| **14** | 12/4/2014 | Exh | 12/4/2014 | **Fax from UBS to Efrón, October 23, 2006** |
| **15** | 12/4/2014 | Exh | 12/4/2014 | **Motion for Clarification, Oct. 27, 2006** |
| **16** | 12/4/2014 | Exh | 12/4/2014 | **Email exchanges re October orders (October)** |
| **17** | 12/4/2014 | Exh | 12/4/2014 | **Email exchanges re October orders (November)** |
| **18** | 12/4/2014 | Exh | 12/4/2014 | **Documents provided to UBS by Efrón, Feb. 2007, including the stamp and handwritten comments (w/ fax cover)**<br>**Draft Minutes**<br>**Motion in Aid of Jurisdiction and Petition for Mandamus**<br>**Judgment of the Court of appeals and Notification** |
| **19** | 12/4/2014 | Exh | 12/4/2014 | **Petition for Certiorari** |
| **20** | 12/4/2014 | Exh | 12/4/2014 | **Urgent Motion** |
| **21** | 12/4/2014 | Exh | 12/4/2014 | **Resolution of Supreme Court, Feb. 2007 and notification** |
| **22** | 12/4/2014 | Exh | 12/4/2014 | **Motion for Reconsideration and in aid of Jurisdiction** |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Plaintiff's Exhibit List in 08-1833 (PAD)

| | | | | |
|---|---|---|---|---|
| **23** | 12/4/2014 | Exh | 12/4/2014 | **Resolution of the Supreme Court, March, 2007** |
| **24** | 12/4/2014 | Exh | 12/4/2014 | **UBS email and fax exchanges, Feb. 2007 and to outside counsel** |
| **25** | 12/4/2014 | Exh | 12/4/2014 | **Correspondence between Pirallo and Bobonis** |
| **26** | 12/4/2014 | Exh | 12/4/2014 | **Urgent Motion requesting notification of Minutes, Feb. 2007** |
| **27** | 12/4/2014 | Exh | 12/4/2014 | **Email Colón to Ubiñas, March 6, 2007** |
| **28** | 12/4/2014 | Exh | 12/4/2014 | **Second Motion requesting notification of Minutes, April, 2007** |
| **29** | 12/4/2014 | Exh | 12/4/2014 | **Letter from Efrón to Ferrer & Coll, Apr. 25, 2007 (and fax cover)** |
| **30** | 12/4/2014 | Exh | 12/4/2014 | **Memo from Bobonis & related email to and from NJ attorneys, Wolff, Ferrer, Hoyt, Landaburu and others; drafts and comments** |
| **31** | 12/4/2014 | Exh | 12/4/2014 | **Letter from Bobonis to Colón, May 11, 2007** |
| **32** | 12/4/2014 | Exh | 12/4/2014 | **Letter Efrón to Landaburu, May 16, 2007** |
| **33** | 12/4/2014 | Exh | 12/4/2014 | **Letter from Ferrer to Efrón, June 6, 2007** |
| **34** | 12/4/2014 | Exh | 12/4/2014 | **Court of Appeals Judgment and Notification and Mandate, July, 2007** |
| **35** | 12/4/2014 | Exh | 12/4/2014 | **Letter from Pirallo to Bobonis, July 23, 2007** |
| **36** | 12/4/2014 | Exh | 12/4/2014 | **Letter from Bobonis to Colón, July 30, 2007** |
| **37** | 12/4/2014 | Exh | 12/4/2014 | **Fax from Bobonis to Colón, August 9, 2007** |
| **38** | 12/4/2014 | Exh | 12/4/2014 | **Letter from Efrón to Belaval & Coll, Aug 13, 2007** |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Plaintiff's Exhibit List in 08-1833 (PAD)

| | | | | |
|---|---|---|---|---|
| **39** | 12/4/2014 | Exh | 12/4/2014 | **Order of Sale, Aug. 2007** |
| **40** | 12/4/2014 | Exh | 12/4/2014 | **Fax from Efrón to Belaval, August 28, 2007** |
| **41** | 12/4/2014 | Exh | 12/4/2014 | **Fax from Efrón=s office to Bobonis** |
| **42** | 12/4/2014 | Exh | 12/4/2014 | **Fax and email correspondence, re Order of Sale, August-Sept. 2007** |
| **43** | 12/4/2014 | Exh | 12/4/2014 | **Resolution of Supreme Court - August 31, 2007, and notification** |
| **44** | 12/4/2014 | Exh | 12/4/2014 | **Judgment of Court of Appeals confirming debt (Dec. 4, 2013)** |
| **45** | 12/4/2014 | Exh | 12/4/2014 | **Billing records** |
| **46** | 12/4/2014 | Exh | 12/4/2014 | **Court of Appeals Judgment, Nov. 2007** |
| | | | | |
| **47** | | Id | | **4 LPRA Ap. II-B,R.32(b) Minutes** |
| **48** | 12/10/14 | Id | Offered & Rejected on 12/10/14 | **Prospectuses from UBS Financial Services Incorporated of Puerto Rico from August 31, 2004 and from March 29, 2005.** |
| **49** | 12/11/2014 | Exh | 12/12/2014 | **Excerpts re: law related articles written by German Brau** |

* **Include a notation as to the location of any exhibit not held with the case file or not available because of size.**